IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIANE BELIN                                                                                     PLAINTIFF

V.                                          Civil No. 1:12-cv-1110

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                      DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed on January 27, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Bryant recommends this case be remanded pursuant to Sentence Four of Section 205(g) of the Social Security Act. *Id.*

The Parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby remanded pursuant to Sentence Four of Section 205(g) of the Social Security Act.

**IT IS SO ORDERED**, this 18th day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge